UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMY SCHARLATT,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security Administration,

    Defendant.
_____/

No. C 04-04724 PJH

**JUDGMENT**

    This action having come before the court on the parties' cross motions for summary judgment and the court having granted plaintiff's motion,

    it is Ordered and Adjudged

    that the Commissioner's final decision is remanded pursuant to sentence four of 42 U.S.C. § 405(g).  This constitutes a final judgment under Federal Rule of Civil Procedure 58, and closes the case and terminates all pending motions.

**IT IS SO ORDERED.**

Dated: July 12, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge