**United States District Court**
For the Northern District of California

1

2

3                       UNITED STATES DISTRICT COURT

4                       NORTHERN DISTRICT OF CALIFORNIA

5

6

7    EMMY SCHARLATT,

8           Plaintiff,                              No. C 04-04724 PJH

9           v.
                                                    **BRIEFING ORDER**
10   MICHAEL J. ASTRUE, Commissioner
     of Social Security Administration,

11

12          Defendant.
     _____/

13          On July 12, 2005, the court granted plaintiff's motion for summary judgment and

14   remanded the matter for further proceedings before the administrative law judge ("ALJ").

15   Subsequently, on October 19, 2005, the court signed the parties' stipulation and order

16   approving a compromise settlement of plaintiff's counsel's fees under the Equal Access to

17   Justice Act ("EAJA").  On November 8, 2006, the ALJ issued a fully favorable decision

18   granting plaintiff's application for benefits.  On July 23, 2008, more than three years after

19   this court's order and judgment, plaintiff's counsel filed a motion for attorney's fees.

20          Defendant is ORDERED to file and serve his opposition to plaintiff's motion **no later**

21   **than Monday, August 11, 2008.**  Plaintiff's reply, if any, is due **no later than Monday,**

22   **August 18, 2008.**  The court will decide the motion on the papers.

23
            **IT IS SO ORDERED.**
24

25   Dated: July 28, 2008

26

27                                          _____
                                            PHYLLIS J. HAMILTON
28                                          United States District Judge