UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Emmy Scharlatt,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Michael J. Astrue, Commissioner<br>Social Security Administration,<br><br>　　　　Defendant. | 04-cv-04724-PJH<br><br>[P~~ROPOSE~~D] ORDER GRANTING STIPULATED MOTION FOR CLARIFICATION |

　　The Court's Order of November 21, 2008 is amended consistent with the parties's stipulation. A total of $ 406.17 shall be deducted from the remaining $6,300.00, for a net award to Plaintiff's counsel of $ 5,893.83.

Dated: March ~~16~~ 19, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton